IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SILVIO HERNANDEZ,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2072

Opinion filed July 2, 2014.

An appeal from the Circuit Court for Leon County.
Charles A. Francis, Judge.

Silvio Hernandez, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      DISMISSED.

LEWIS, C. J., WOLF and WETHERELL, JJ., CONCUR.